766 A.2d 284

IN THE MATTER OF HUGH J. BREYER,
AN ATTORNEY AT LAW.

February 9, 2001.

## CORRECTED ORDER

**HUGH J. BREYER**, formerly of **LAWRENCEVILLE**, who was admitted to the bar of this State in 1983, and who has been suspended from practice since October 29, 1998, pursuant to Orders of the Court filed October 29,1998, and May 15, 2000, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **HUGH J. BREYER** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **HUGH J. BREYER**, pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys.

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.